**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSE GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 12-189 Erie |
| v. ) | |
| ) | |
| PHILADELPHIA COURT OF ) | |
| COMMON PLEAS, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on August 16, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 23], filed on March 26, 2013, recommended that the Motion to Dismiss filed by Defendants [ECF No. 17] be granted. Plaintiff was allowed fourteen (14) days from the date of service to file Objections and no Objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of April, 2013;

IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendants [ECF No. 17] is GRANTED.

The Report and Recommendation [ECF No. 23] of Magistrate Judge Baxter, filed on March 26, 2013, is adopted as the opinion of the Court.

The Clerk of Courts is directed to mark the case closed.

                        s/    Sean J. McLaughlin
                            United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge